**Amended**

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

AO-10 (WP)
Rev. 1/2007

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SCHLESINGER, HARVEY, E | Middle District of Florida | Amended 7-11-07 May 8, 2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District (active until June 5 the Senior Status) | ___ Nomination, Date ___<br>___ Initial ✓ nnual ___ Final<br>5b. ___ Amended Report | 01-01-2006 to 12-31-6 |

7. Chambers or Office Address
11-150 US Courthouse
300 N Hogan St
Jacksonville Florida 32202-4246

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | All Canon 5 Charitable Organizations |
| 1 Trustee | River Garden Hebrew Home the Aged & River Garden Holding Company |
| 2 Trustee & Chairman of Bd | The Community Foundation |
| 3 Trustee | Middle District of Florida Historical Society |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

A. Filer's Non-Investment Income

☒ NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☒ NONE (No reportable non-investment income.)

1 _____

2 _____

(1)

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey E | Amended 7-11-07  May 8, 2007 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|   | SOURCE | DESCRIPTION |
|---|---|---|
|   | ☐ NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | The Florida Bar | ▮▮▮▮ Transportation, food & lodging for participating in program in Boca Raton Florida at their annual Convention. |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|   | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
|   | ☒ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

|   | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
|   | ☒ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

(2)

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Sdllesinger, Harvey E | Amended 7-11-07<br>May 8, 2007 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including tr st assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 CSX (stock) | A | Div | J | T | | | | | |
| 2 Morgan Chase (stock) | B | Div | K | T | | | | | |
| 3 Wachovia Money Mart Assets (stock) | B | Div | I | T | | | | | |
| 4 Jax Fed CU (accounts) | A | Int | J | T | | | | | |
| 5 Crown Bank (accounts) | D | Int | O | T | | | | | |
| 6 1/4 Interest in Building in Westbury, NY | C | Rent | O | T | Sell | 3.1.06 | O | N | Sun Enterpises LLC |
| 7 Eaton Vance Income Mgt (stock) | B | Div | K | T | | | | | |
| 8 Eaton Vance Fla Men. (stock) | C | Div | L | T | | | | | |
| 9 Van Kampen Equity (stock) | B | Div | K | T | | | | | |
| 10 Ishares Dow Jones (stock) | B | Div | K | T | | | | | |
| 11 Harley Davidson (stock) | A | Div | I | T | | | | | |
| 12 Home Depot (stock) | A | Div | K | T | | | | | |
| 13 Vodaphone (stock) | A | Div | J | T | | | | | |
| 14 Walt Disney Holdings (stock) | A | Div | J | T | | | | | |
| 15 Intel (stock) | A | Div | J | T | | | | | |
| 16 Marriott Intn't (stock) | A | Div | J | T | | | | | |
| 17 St Joe Corp (stock) | A | Div | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000<br>P4=More than $50,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

(3)

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey E | May 8, 2001 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code (A-H) | (2) Type (e.g., div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting perio (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Nuveen Mun Fund (Stock) | B | Div | K | T | | | | | |
| 2 Cytogen (stock) | A | Div | J | T | | | | | |
| 3 G.E. (stock) | A | Div | J | T | | | | | |
| 4 Florida First Coast Z (stock) | A | Div | J | T | | | | | |
| 5 Ford Motor Co. (Bond) | A | Int | J | T | | | | | |
| 6 Cisco Systems (stock) | A | Div | J | T | | | | | |
| 7 Prudential Financial (stock) | A | Div | J | T | | | | | |
| 8 Tampa Fla Waste (Bond) | A | Int | J | T | | | | | |
| 9 Harvard University (Bond) | A | Int | K | T | Sold | 5.24.06 | K | -A | public |
| 10 Broward County Airport (Bond) | B | Int | K | T | | | | | |
| 11 Bank Sweep Option Wachovia | A | Int | K | T | | | | | |
| 12 Blackrock NY Muni (Stock) | D | Div | L | T | Sold | 9.28.06 | L | E | public |
| 13 Eaton Vance Prime Rate (stock) | A | Div | K | T | | | | | |
| 14 Franklin N.Y Tax Free (Stock) | B | Div | K | T | | | | | |
| 15 Nuveen Insd NY Muni (Stock) | B | Div | K | T | | | | | |
| 16 Rochester Muni Fund Stock | D | Div | M | T | buy | 9.22.06 | M | | public |
| 17 Florida Telco CU CDs | N/A | | M | T | buy | 12.18.06 | M | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More han $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

4

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey E | Amended 7-11-07<br>May 8, 2007 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Vystar CU CDs | C | Int | M | T | buy | 9-01-06 | M | | |
| 2 Center Bank CD | D | Int | M | T | buy | 6-14-06 | M | | |
| 3 Am South Bank CD | N/A | | M | T | buy | 8-11-06 | M | | |
| 4 The Jacksonville Bank (account) | E | Int | M | T | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

5

# FINANCIAL DISCLOSURE REPORT

**Name of Person Reporting**
Schlesinger, Harvey E

**Date of Report**
Amended 7-11-07
May 8, 2007

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I furth▮▮▮▮▮▮▮▮▮▮▮▮▮▮oyment and honoraria and the acceptance of gifts which have been reported are in compliance▮▮▮▮▮▮▮▮▮▮▮▮eq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatu▮▮▮▮                        Date  July 11, 2007

NO▮▮▮▮▮▮▮▮▮▮▮AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
▮▮▮▮▮▮▮NS (5 U.S.C. app. § 104.)

---

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544



AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SCHLESINGER, HARVEY, E | Middle District of Florida | May 8, 2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District (active until June 5 the Senior Status) | ___ Nomination, Date _____  <br> ___ Initial  ✓ Annual  ___ Final  <br> 5b. ___ Amended Report | 01-01-2006 to 12-31-0 |

**7. Chambers or Office Address**
11-150 US Courthouse
300 N Hogan St
Jacksonville, Florida 32202-4246

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | All Canon 5 Charitable Organizations |
| Trustee | River Garden Hebrew Home for the Aged & River Garden Holding Company |
| Trustee & Chairman of Bd | The Community Foundation |
| Trustee | Middle District of Florida Historical Society |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

**A. Filer's Non-Investment Income**

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | |
|---|---|
| ☒ NONE (No reportable non-investment income.) | |

*RECEIVED 2007 MAY 14 A 11:08 FINANCIAL DISCLOSURE OFFICE*

①

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey E | May 8, 2007 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | **NONE** (No such reportable reimbursements.) | |
| 1 | | |
| 2 | The Florida Bar | $5220? Transportation, food & lodging for participating in program in Boca Raton Florida at their annual Convention. |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☒ **NONE** (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☒ **NONE** (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

②

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey E | May 8, 2007 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date, Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 CSX (stock) | A | Div | J | T | | | | | |
| 2 Morgan Chase (stock) | B | Div | K | T | | | | | |
| 3 Money Mgnt Assets (stock) | B | Div | J | T | | | | | |
| 4 Jax Fed CU (accounts) | A | Int | J | T | | | | | |
| 5 Crown Bank (accounts) | D | Int | O | T | | | | | |
| 6 ¼ Interest in Building in Westbury, NY | C | Rent | O | T | Sell | 3.1.06 | O | N | Sun Enterprises LLC |
| 7 Eaton Vance Income Mgt (stock) | B | Div | K | T | | | | | |
| 8 Eaton Vance Fla Muni (stock) | C | Div | L | T | | | | | |
| 9 Van Kampen Equity (stock | B | Div | K | T | | | | | |
| 10 Ishares Dow Jones (stocks) | B | Div | K | T | | | | | |
| 11 Harley Davidson (stock) | A | Div | J | T | | | | | |
| 12 Home Depot (stock) | A | Div | K | T | | | | | |
| 13 Vodaphone (stock | A | Div | J | T | | | | | |
| 14 Walt Disney Holdings (stock) | A | Div | J | T | | | | | |
| 15 Intel (stock) | A | Div | J | T | | | | | |
| 16 Marriott Intn't (stock) | A | Div | J | T | | | | | |
| 17 St Joe Corp (stock) | A | Div | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |



# FINANCIAL DISCLOSURE REPORT

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| Schlesinger, Harvey E | | May 8, 2007 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Nuveen Mun Fund (Stock) | B | Div | K | T | | | | | |
| 2 Cytogen (stock) | A | Div | J | T | | | | | |
| 3 G.E. (stock) | A | Div | J | T | | | | | |
| 4 Florida East Coast I (stock) | A | Div | J | T | | | | | |
| 5 Ford Motor Co. (Bond) | A | Int | J | T | | | | | |
| 6 Cisco Systems (stock) | A | Div | J | T | | | | | |
| 7 Prudential Financial (stock) | A | Div | J | T | | | | | |
| 8 Tampa Fla Waste (Bond) | A | Int | J | T | | | | | |
| 9 Harvard University (Bond) | A | InT | K | T | Sold | 5.24.06 | K | -A | public |
| 10 Broward County Airport (Bond) | B | Int | K | T | | | | | |
| 11 Bank Sweep Option Wachovia | A | Int | K | T | | | | | |
| 12 Blackrock NY Muni (Stock) | D | Div | L | T | Sold | 9.28.06 | L | E | public |
| 13 Eaton Vance Prime Rate (Stock) | A | Div | K | T | | | | | |
| 14 Franklin N.Y. Tax Free (Stock) | B | Div | K | T | | | | | |
| 15 Nuveen Insd NY Muni (Stock) | B | Div | K | T | | | | | |
| 16 Rochester Muni Fund Stock | D | Div | M | T | buy | 9.28.06 | M | | public |
| 17 Florida Telco CU CDs | N/A | | M | T | buy | 12.18.06 | M | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

(4)

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey E | May 8, 2007 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Vystar CU CDs | C | Int | M | T | buy | 9-01-06 | M | | |
| 2 Center Bank CD | D | Int | M | T | buy | 6-14-06 | M | | |
| 3 Am South Bank CD | N/A | | M | T | buy | 3-11-06 | M | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001- $100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001- $100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

5

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey E | May 8, 2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____ Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

